# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herrera, Judith C. | U.S. District Court, NM | 05/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
333 Lomas Blvd., NW
Albuquerque, NM 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Cash Account | A | Interest | M | T | | | | | |
| 2. Bank of America household account | | None | K | T | | | | | |
| 3. Rental Property #1 Santa Fe, NM Purchased 3/30/94 | G | Rent | P1 | Q | | | | | |
| 4. Family Partnership #1 (now an LLC) Santa Fe, NM | | None | P1 | W | | | | | |
| 5. | | | | | | | | | |
| 6. NW Mutual Life Ins | | None | | | Closed | 01/30/18 | L | | |
| 7. NW Mutual Life Ins | | None | | | Closed | 01/30/18 | L | | |
| 8. NW Mutual Life Ins | | None | | | Closed | 01/30/18 | L | | |
| 9. NW Mutual Life Ins | | None | | | Closed | 01/30/18 | L | | |
| 10. | | | | | | | | | |
| 11. NW Mutual Variable Extra Ordinary Life | | None | | | Closed | 01/30/18 | K | | |
| 12. NW Mutual Variable Extra Ordinary Life | | None | | | Closed | 01/30/18 | K | | |
| 13. NW Mutual Variable Extra Ordinary Life | | None | | | Closed | 01/30/18 | K | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. Charles Schwab account (H) | | | N | T | | | | | |
| 17. Alphabet Inc. | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amazon.Com Inc | | None | K | T | | | | | |
| 19. Anthem Inc | A | Dividend | | | Sold | 05/11/18 | J | | |
| 20. | | | | | Buy | 01/30/18 | J | | |
| 21. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 22. Apple Inc | A | Dividend | J | T | | | | | |
| 23. Applied Materials | A | Dividend | K | T | | | | | |
| 24. Ark Innovation ETF | A | Distribution | J | T | | | | | |
| 25. Ark Web X.0 ETF | A | Dividend | J | T | | | | | |
| 26. Bancorp Inc | | None | | | Sold | 07/09/18 | J | | |
| 27. | | | | | Buy | 01/26/18 | J | | |
| 28. Boeing | A | Dividend | | | Sold | 07/09/18 | J | | |
| 29. | | | | | Buy | 03/08/18 | J | | |
| 30. Broadcom Inc | B | Dividend | K | T | | | | | |
| 31. Concert Pharmaceuticals | | None | | | Sold | 05/16/18 | J | | |
| 32. | | | | | Buy | 01/12/18 | J | | |
| 33. Diodes Inc | | None | J | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dominion RSCS Blck Warrior Unt | | None | | | Sold | 01/23/18 | J | | |
| 36. | | | | | Buy | 01/16/18 | J | | |
| 37. DXC Technology Com | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 38. Electro Scientific | | None | | | Sold | 05/16/18 | J | | |
| 39. Enanta Pharmaceutl | | None | | | Sold | 10/19/18 | J | | |
| 40. | | | | | Buy | 06/06/18 | J | | |
| 41. Entegris | A | Dividend | | | Sold | 10/19/18 | J | | |
| 42. | | | | | Buy | 01/05/18 | J | | |
| 43. | | | | | Buy | 02/02/18 | J | | |
| 44. First Solar Inc | | None | | | Sold | 06/06/18 | J | | |
| 45. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 46. Intuitive Surgical | | None | J | T | | | | | |
| 47. Kronos Worldwide Inc | A | Dividend | | | Sold | 03/16/18 | J | | |
| 48. | | | | | Buy | 02/02/18 | J | | |
| 49. Lam Research Corp | A | Dividend | K | T | | | | | |
| 50. Lantheus Holdings Inc | | None | | | Sold | 03/08/18 | J | | |
| 51. | | | | | Buy | 02/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mellanox Techs Ltd | | None | J | T | | | | | |
| 53. Micron Technology | | None | K | T | | | | | |
| 54. MKS Instruments Inc | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 55. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 56. | | | | | Buy | 02/02/18 | J | | |
| 57. Myriad Genetics Inc | | None | | | Sold | 01/31/18 | J | | |
| 58. | | | | | Buy | 01/30/18 | J | | |
| 59. NACCO Inds Inc | A | Dividend | | | Sold | 03/29/18 | J | | |
| 60. | | | | | Buy | 02/02/18 | J | | |
| 61. Nekar Therapeutics | | None | | | Sold | 05/16/18 | J | | |
| 62. | | | | | Buy | 02/02/18 | J | | |
| 63. Netflix Inc | | None | | | Sold | 12/28/18 | J | | |
| 64. | | | | | Buy | 03/08/18 | J | | |
| 65. Nvidia Corp | A | Dividend | | | Sold | 12/28/18 | J | | |
| 66. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 67. ON Semiconductor Co | | None | | | Sold | 05/23/18 | J | A | |
| 68. | | | | | Buy (add'l) | 02/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Opiant Pharmaceuticals | | None | | | Sold | 01/23/18 | J | | |
| 70. PBF Energy Inc | A | Dividend | J | T | | | | | |
| 71. Softbank GRP Corp | | None | | | Sold | 05/14/18 | J | | |
| 72. | | | | | Buy | 01/29/18 | J | | |
| 73. Tower Semiconductor | | None | | | Sold | 03/16/18 | J | | |
| 74. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 75. Triton International Ltd | | None | | | Sold | 03/08/18 | J | | |
| 76. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 77. TTM Technologies Inc | | None | K | T | | | | | |
| 78. Ultra Clean Hldgs | | None | | | Sold | 03/08/18 | J | | |
| 79. | | | | | Buy | 01/29/18 | J | | |
| 80. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 81. Vishay Precision Grp | | None | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. Charles Schwab IRA Account #1 ▓ (H) | | | N | T | | | | | |
| 85. Advisor Shares Dorsey Wright ADR ETF | A | Dividend | | | Sold | 05/30/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 01/31/18 | K | | |
| 87. Amazon.Com Inc | | None | J | T | Buy | 10/19/18 | J | | |
| 88. Apple Inc | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 89. Ark Innovation ETF ARKK | A | Distribution | K | T | Buy | 01/31/18 | K | | |
| 90. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 91. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 92. Ark Web X.0 ETF ARKW | C | Distribution | K | T | Buy | 01/31/18 | K | | |
| 93. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 94. EMQQ Emrng Mkt Intrnt | | None | | | Sold | 05/16/18 | J | | |
| 95. | | | | | Buy | 01/31/18 | J | | |
| 96. Enanta Pharmaceutl | | None | | | Sold | 10/19/18 | J | | |
| 97. | | | | | Buy | 05/30/18 | J | | |
| 98. Global X Funds Social Media ETF SOCL | | None | | | Sold | 05/24/18 | K | | |
| 99. | | | | | Buy | 03/16/18 | J | | |
| 100. | | | | | Buy | 01/31/18 | J | | |
| 101. Global X Lithium Battery Tech ETF LIT | | None | | | Sold | 03/16/18 | K | | |
| 102. | | | | | Buy | 01/31/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Grupo Financial Galicia ADR | | None | | | Sold | 05/16/18 | K | | |
| 104. | | | | | Buy | 01/31/18 | J | | |
| 105. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 106. Hollyfrontier Corp | A | Dividend | J | T | | | | | |
| 107. Intel Corp | | None | | | Sold | 06/29/18 | K | | |
| 108. | | | | | Buy | 05/24/18 | K | | |
| 109. Invesco Dynamic Semiconductor ETF PSI | | None | | | Sold | 07/25/18 | K | | |
| 110. | | | | | Buy | 01/31/18 | J | | |
| 111. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 112. Invesco QQQ Trust | A | Dividend | J | T | Buy | 01/31/18 | K | | |
| 113. Invesco S&P Smallcap PSCH | A | Dividend | K | T | Buy | 05/16/18 | K | | |
| 114. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 115. | | | | | Buy (add'l) | 07/25/18 | K | | |
| 116. Ishares Expanded Tech IGV | A | Dividend | K | T | | | | | |
| 117. Ishares Global Timber Forestry ETF WOOD | A | Dividend | | | Sold | 10/19/18 | J | | |
| 118. | | | | | Buy | 05/24/18 | J | | |
| 119. Ishares MSCI Global Metals & Mng | | None | | | Sold | 05/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 01/31/18 | J | | |
| 121. Ishares MSCI India Smallcap ETF | | None | | | Sold | 03/16/18 | K | | |
| 122. | | | | | Buy | 01/31/18 | J | | |
| 123. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 124. Ishares PHLX SOXX | A | Dividend | K | T | | | | | |
| 125. | | | | | | | | | |
| 126. PBF Energy | A | Dividend | J | T | | | | | |
| 127. Powershares China Tech Port CQQQ | | None | | | Sold | 05/24/18 | K | | |
| 128. | | | | | Buy | 01/31/18 | K | | |
| 129. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 130. Service Now Inc | | None | K | T | Buy | 06/29/18 | K | | |
| 131. Smart Global Hldgs | | None | K | T | Buy | 05/25/18 | J | | |
| 132. | | | | | Buy (add'l) | 05/30/18 | J | | |
| 133. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 134. Vaneck Vectors Rare Earth/Strategic Metals ETF | | None | | | Sold | 05/24/18 | K | | |
| 135. | | | | | Buy | 01/31/18 | K | | |
| 136. | | | | | Buy (add'l) | 02/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wisdomtree Tr China CXSE | | None | | | Sold | 05/30/18 | K | | |
| 138. | | | | | Buy | 01/31/18 | K | | |
| 139. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 140. Wisdomtree Emerging Markets XSOE | | None | | | Sold | 05/16/18 | J | | |
| 141. | | | | | Buy | 01/31/18 | J | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. Charles Schwab IRA Account #2___ (H) | | | L | T | | | | | |
| 145. Adobe Inc | | None | J | T | Buy | 03/29/18 | J | | |
| 146. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 147. Air France KLM | | None | | | Sold | 03/08/18 | J | | |
| 148. | | | | | Buy | 01/31/18 | J | | |
| 149. Alibaba Group Holding | | None | | | Sold | 07/11/18 | J | | |
| 150. | | | | | Buy | 01/31/18 | J | | |
| 151. Anthem Inc | A | Dividend | | | Sold | 03/20/18 | J | | |
| 152. | | | | | Buy | 01/31/18 | J | | |
| 153. Deutsche Lufthansa ADR | | None | | | Sold | 03/21/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 01/31/18 | J | | |
| 155. First Solar Inc | | None | | | Sold | 06/06/18 | J | | |
| 156. | | | | | Buy | 05/16/18 | J | | |
| 157. Hollyfrontier Corp | A | Dividend | J | T | | | | | |
| 158. Huntsman Corporation | | None | | | Sold | 03/16/18 | J | | |
| 159. | | | | | Buy | 01/31/18 | J | | |
| 160. Infineon Tech AG ADR | A | Dividend | | | Sold | 05/18/18 | J | | |
| 161. | | | | | Buy | 01/31/18 | J | | |
| 162. Intel Corp | | None | | | Sold | 07/27/18 | J | | |
| 163. | | | | | Buy | 05/16/18 | J | | |
| 164. Kraton Corporation | | None | | | Sold | 05/16/18 | J | | |
| 165. | | | | | Buy | 01/31/18 | J | | |
| 166. Kronos Corporation | A | Dividend | | | Sold | 03/08/18 | J | | |
| 167. | | | | | Buy | 01/31/18 | J | | |
| 168. Mammoth Energy Services TUSK | A | Dividend | J | T | Buy | 06/06/18 | J | | |
| 169. Mellanox Techs Ltd | | None | J | T | Buy | 10/02/18 | J | | |
| 170. Micron Technology | | None | J | T | Buy | 03/16/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 172. Microsoft Corp | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 173. MKS Instruments Inc | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 174. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 175. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 176. Myriad Genetics Inc | | None | | | Sold | 01/31/18 | J | | |
| 177. | | | | | Buy | 01/31/18 | J | | |
| 178. NACCO Inds Inc | A | Dividend | | | Sold | 03/29/18 | J | | |
| 179. | | | | | Buy | 01/31/18 | J | | |
| 180. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 181. Nektar Therapeutics | | None | | | Sold | 05/16/18 | J | | |
| 182. | | | | | Buy | 03/21/18 | J | | |
| 183. Netflix Inc | | None | J | T | Buy | 03/08/18 | J | | |
| 184. Novanta Inc | | None | J | T | Buy | 01/31/18 | J | | |
| 185. Penn National Gaming | | None | | | Sold | 03/08/18 | J | | |
| 186. | | | | | Buy | 01/31/18 | J | | |
| 187. Skywest Inc | A | Dividend | | | Sold | 06/20/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 01/31/18 | J | | |
| 189. Syntel Inc | | None | | | Sold | 07/23/18 | J | | |
| 190. | | | | | Buy | 06/21/18 | J | | |
| 191. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 192. Systemax Inc | A | Dividend | | | Sold | 04/18/18 | J | | |
| 193. | | | | | Buy | 01/31/18 | J | | |
| 194. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 195. Teleflex Incorporate | | None | | | Sold | 03/16/18 | J | | |
| 196. | | | | | Buy | 01/31/18 | J | | |
| 197. Teradyne Incorporate | | None | | | Sold | 05/16/18 | J | | |
| 198. | | | | | Buy | 01/31/18 | J | | |
| 199. Textainer Group Hldg | | None | | | Sold | 03/08/18 | J | | |
| 200. | | | | | Buy | 01/31/18 | J | | |
| 201. US Steel | A | Dividend | | | Sold | 10/02/18 | J | | |
| 202. | | | | | Buy | 07/27/18 | J | | |
| 203. Vishay Precision Group | | None | K | T | Buy | 01/31/18 | J | | |
| 204. | | | | | Buy (add'l) | 03/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 206. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 207. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 208. Westlake Chemical Co | A | Dividend | | | Sold | 06/20/18 | J | | |
| 209. | | | | | Buy | 01/31/18 | J | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |
| 268. | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. | | | | | | | | | |
| 275. | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. | | | | | | | | | |
| 280. | | | | | | | | | |
| 281. | | | | | | | | | |
| 282. | | | | | | | | | |
| 283. | | | | | | | | | |
| 284. | | | | | | | | | |
| 285. | | | | | | | | | |
| 286. | | | | | | | | | |
| 287. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herrera, Judith C. | 05/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 3.  The appraisal was conducted in December, 2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith C. Herrera**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544